UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                            CASE NO: 14-12986 BKC AJC
**ALEJANDRO MADRIGAL**                                          CHAPTER 13
**XXX-XX-5460**
**ANA MADRIGAL**
**XXX-XX-9948**
           **Debtor**         /

### OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

    This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

    If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

    If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

    The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 2-2 | United Student Aid Funds, Inc. | $32,446.63 | This claim has already been objected to, and there is an order sustaining the objection to claim 2-1, which was entered on July 31, 2015 (DE #72), therefore this claim is allowed as it is non-dischargeable, but shall not receive any distribution from the Chapter 13 Trustee. |

LF-24 (rev. 12/01/09)                                Page 1 of 2

Respectfully submitted,
The Law Offices of Christian Paul Larriviere, P.A. Counsel for the Debtor
4340 Sheridan Street, Suite 102
Hollywood, Florida 33021
P: (954) 239-7150
F: (954) 874-6110
E: Christian@cpllaw.com
By:_____/s/_____ Christian Paul Larriviere, Esq. Florida Bar No: 571156