UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO: 14-12986 BKC AJC
**ALEJANDRO MADRIGAL**                                    CHAPTER 13
XXX-XX-5460
**ANA MADRIGAL**
XXX-XX-9948
_____Debtor_____/

CERTIFICATE OF SERVICE
and
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that a true copy of this *Objection to Claim and Notice of Hearing* served on this 9th day of February 2020 as follows: Nancy K. Neidich, e2c8f01@ch13herkert.com; Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov; Kenneth W. Lockwood, bk@exllegal.com; Ashley Prager Popowitz, Ashley.popowitz@mccalla.com, flbkecf@mccalla.com;

*Served via First Class Mail on this 9th day of February 2020 to :*

| | |
|---|---|
| United Student Aid Funds, Inc. | United Student Aid Funds, Inc. |
| c/o Nancy Dahme, Bankruptcy Specialist | c/o Bill Hansen CEO |
| PO Box 8961 | PO Box 6028 |
| Madison WI 53708 | Indianapolis, IN 46206 |

The Law Offices of Christian Paul Larriviere, P.A.
Counsel for the Debtor
4340 Sheridan Street, Suite 102
Hollywood, Florida 33021
P: (954) 239-7150
F: (954) 874-6110
E: Christian@cpllaw.com

By: ____/s_____
Christian Paul Larriviere, Esq.
Florida Bar No: 571156